JOSEPH M. NORTHROP, Appellant, *v.* RATHBONE, SARD & Co., Respondents.

(Argued June 4, 1889; decided June 11, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 4, 1886, which affirmed a judgment in favor of defendant, directed by the court at circuit.

*Worthington Frothingham* for appellant.

*G. L. Stedman* for respondents.

Agree to affirm ; no opinion.
All concur, except PARKER, J., not sitting.
Judgment affirmed.

---

DAVID H. SURDAM, Respondent, *v.* JOHN HUDSON, Appellant.

(Submitted June 3, 1889; decided June 18, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made May 1, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*Alex. & A. W. Cumming* for appellant.

*Canniff & Penrie* for respondent.

Agree to affirm ; no opinion.
All concur, except FOLLETT, Ch. J., not sitting.
Judgment affirmed.